B6F (Official Form 6F) (12/07)

IN RE Ruzycki, Michael J & Ruzycki, Charlene E                                    Case No. 1:13-bk-7892
_____                                          _____
                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2363<br><br>ADT Security Systems<br>One Town Center Road<br>Boca Raton, FL 33486 | | J | home security services | | | | 160.00 |
| ACCOUNT NO.<br><br>Tate & Kirlin Assoc.<br>2810 Southampton Road<br>Philadelphia, PA 19154-1207 | | | Assignee or other notification for:<br>ADT Security Systems | | | | |
| ACCOUNT NO. 34<br><br>Certified Services<br>1733 Washington St., Suite 2<br>Waukegan, IL 60085 | | J | credit card | | | | 749.00 |
| ACCOUNT NO. 4400<br><br>Chase<br>Cardmember Service<br>P.O. Box 15298<br>Wilmington, DE 19850 | | J | credit card | | | | 2,500.00 |

___4___ continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ 3,409.00 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruzycki, Michael J & Ruzycki, Charlene E                          Case No. **1:13-bk-7892**

Debtor(s)                                                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Management Services Inc. <br> PO Box 1099 <br> Langhorne, PA  19047-0000 | | | Assignee or other notification for: <br> Chase | | | | |
| ACCOUNT NO. 6370 <br> Chase <br> Cardmember Service <br> P.O. Box 15298 <br> Wilmington, DE  19850 | | J | credit card | | | | 3,629.00 |
| ACCOUNT NO. <br> Valentine & Kebartas, Inc <br> PO Box 325 <br> Lawrence, MA  01842-0000 | | | Assignee or other notification for: <br> Chase | | | | |
| ACCOUNT NO. 3785 <br> Chase <br> Cardmember Service <br> P.O. Box 15298 <br> Wilmington, DE  19850 | | J | credit card | | | | 609.00 |
| ACCOUNT NO. 8852 <br> DuPage County Circuit Clerk <br> PO Box 707 <br> Wheaton, IL  60187 | | J | fees | | | | 106.00 |
| ACCOUNT NO. <br> Arnold Scott Harris <br> 222 Merchandise Mart <br> Chicago, IL  60554 | | | Assignee or other notification for: <br> DuPage County Circuit Clerk | | | | |
| ACCOUNT NO. 9314 <br> Dupage County Circuit Clerk <br> PO Box 707 <br> Wheaton, IL  60187 | | J | fees | | | | 4,004.00 |

Sheet no. __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,348.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Ruzycki, Michael J & Ruzycki, Charlene E
_____
                    Debtor(s)

Case No. 1:13-bk-7892
_____
                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Arnold Scott Harris<br>222 Merchandise Mart<br>Chicago, IL 60554 | | | Assignee or other notification for:<br>Dupage County Circuit Clerk | | | | |
| ACCOUNT NO. 1021<br>Fanklin Collections<br>2978 W. Jackson St.<br>Tupelo, MS 38801 | | J | credit card | | | | 233.00 |
| ACCOUNT NO. 3486<br>Harris & Harris<br>222 Merchandise Mart<br>Chicago, IL 60654 | | J | credit card | | | | 3,080.00 |
| ACCOUNT NO. 6008<br>JcPenny<br>PO Box 984100<br>El Paso, TX 79998 | | J | credit card | | | | 212.00 |
| ACCOUNT NO. 7201<br>Kohls<br>Po Box 3004<br>Milwaukee, WI 53201-3004 | | J | credit card | | | | 217.00 |
| ACCOUNT NO. 8120<br>Merchants Credit Guide<br>223 W. Jackson Blvd., Suite 4<br>Chicago, IL 60606 | | J | credit card | | | | 80.00 |
| ACCOUNT NO. 8110<br>Merchants Credit Guide<br>223 W. Jackson Blvd., Suite 4<br>Chicago, IL 60506 | | J | credit card | | | | 55.00 |

Sheet no. __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   3,877.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Ruzycki, Michael J & Ruzycki, Charlene E _____   Case No. **1:13-bk-7892**
Debtor(s)                                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1055<br>Midland Credit Management<br>8875 Aero Dr<br>San Diego, CA  92123 | | J | credit card | | | | 3,915.00 |
| ACCOUNT NO.<br>Blatt, Hasenmiller, Leibsker & Moore<br>125 South Wacker Dr. #400<br>Chicago, IL  60606 | | | Assignee or other notification for:<br>Midland Credit Management | | | | |
| ACCOUNT NO. H000<br>Narendra K. Garg M.D.<br>1995 Springbrook Square Drive<br>Naperville, IL  60564 | | J | Medical fees | | | | 3,163.00 |
| ACCOUNT NO. 3252<br>Northwest Collectors<br>3601 Algonquin Rd., Suite 23<br>Rolling Meadows, IL  60008 | | J | credit card | | | | 75.00 |
| ACCOUNT NO. 3618<br>Northwest Collectors<br>3601 Algonquin Rd., Suite 23<br>Rolling Meadows, IL  60008 | | J | credit card | | | | 200.00 |
| ACCOUNT NO. F000<br>Revenue Cycle Solution<br>3 Westbrook Corporate Ct.<br>Westchester, IL  60154 | | J | credit card | | | | 465.00 |
| ACCOUNT NO. F000<br>Revenue Cycle Solution<br>3 Westbrook Corporate Ct.<br>Westchester, IL  60154 | | J | credit card | | | | 1,518.00 |

Sheet no. ___3___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **9,336.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Ruzycki, Michael J & Ruzycki, Charlene E _____    Case No. **1:13-bk-7892** _____
Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 36 <br><br>River Glen Condominium Assn. <br>Old Second Bank <br>PO Box 2164 <br>Aurora, IL 60507-2164 | | J | homeowners assessment | | | | 874.00 |
| ACCOUNT NO. 0001 <br><br>St. Alexis Hospital <br>1555 Barrington Road <br>Hoffman Estates, IL 60169 | | J | medical fees | | | | 1,975.00 |
| ACCOUNT NO. 4352 <br><br>Target National Bank <br>Visa Credit Card <br>P.O. Box 673 <br>Minneapolis, MN 55440 | | J | credit card | | | | 3,544.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___4___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,393.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **31,363.00**

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only